UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

MATTHEW J. FECTEAU,

    Plaintiff,

    -against-

The CITY OF MOUNT VERNON
COMMISSIONER PATRICK HOLDER
COMMISSIONER DAVID GIBSON
SERGEANT MARIO STEWART
DETECTIVE MONTIKA JONES
Ms. CHARLENE HUMPHREYS
Ms. DAWNETTE MCLAREN-NELSON

    Defendants,

-----------------------------------------------------X

Docket No:
7:23-CV-9173 (KMK)

**NOTICE OF MOTION TO COMPEL JOINDER**

PLEASE TAKE NOTICE that upon the accompanying Motion to Compel Joinder, supporting exhibits, I, Plaintiff, Matthew J. Fecteau will move this Court, before the Honorable Kenneth M. Karas, United States District Judge for the Southern District of New York, on November 21, 2024, at 9:30 a.m., at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, NY 10601, for an Order:

1. Compelling Joinder of Safety National Casualty Corporation as a third-party defendant pursuant to Federal Rule of Civil Procedure 19(a), or alternatively, Federal Rule of Civil Procedure 20(a)(2), on the grounds that Safety National's presence is necessary to fully resolve issues of insurance coverage that impact the existing litigation and any judgment or relief that may be granted.

1

2. Granting such other and further relief as the Court deems just and proper.

DATED:
Mount Vernon, New York
October 30th 2024

                    Sincerely,

                    /s/ Matthew J. Fecteau
                    Matthew J. Fecteau
                    123 N 7th Ave
                    Mount Vernon, NY 10550
                    347-839-2072
                    Matthew.fecteau@grnail.com

TO:
Safety National
ATTN: Cory Johnson
1832 Schuetz Road
St Louis, MO 63146-3540

Law Department
City of Mount Vernon
North Roosevelt Square N#111
Mount Vernon, NY 10550

The Quinn Law Firm
399 Knollwood Road, Suite 220
White Plains, New York 10603

Defendants are to respond to this Motion by 12/6/24.

So Ordered

11/7/24