**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATTHEW J. FECTEAU,

                Plaintiff,            **SCHEDULING ORDER**

    -against-                                 23 Civ. 9173 (KMK)(JCM)

THE CITY OF MOUNT VERNON, *et al.*,

                Defendants.
------------------------------------------------------------X

The Court has scheduled a Telephone Conference for June 12, 2025 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy. The parties shall call the following number at the time of the conference:

    <u>Toll-Free Number</u>: 855-244-8681
    <u>Access Code</u>: 1800490580

Dated: April 28, 2025
       White Plains, New York

                                                    **SO ORDERED:**

                                                    */s/ Judith C. McCarthy*
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge