**Matthew J. Fecteau**
123 N. 7th Avenue
Mount Vernon, NY 10550

September 28, 2025

**Hon. Kenneth M. Karas**
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Via ECF**

Re: *Fecteau v. City of Mount Vernon, et al.*, No. 7:23-cv-09173 (KMK)(JCM)
**Letter-Motion for Leave to Take Two Limited Depositions After Discovery Closes**

Dear Judge Karas:

      Plaintiff respectfully requests leave to take two depositions after the close of discovery: (1) Officer Joseph Detz, who manually downgraded the retention category of the February 26, 2023 BWC recording without any litigation hold in place despite multiple civilian complaints; and (2) one law enforcement/digital evidence expert to address industry standards and preservation obligations.

      This request is narrowly tailored, limited to two witnesses, and will not affect any other proceedings. It is necessary because:

- Officer Detz's role in altering the retention schedule only became clear upon review of the audit trail.
- Defendant Humphreys' deposition testimony was evasive, and her counsel challenged the veracity of civilian video, creating the need for expert testimony.
- Plaintiff's military obligations as a service member in the U.S. Army constrained earlier scheduling.

      Plaintiff has sought consent from City Defendants as required by Magistrate Judge McCarthy's Discovery Order. This limited extension will not delay dispositive briefing or trial preparation. Plaintiff intends to proceed with a forthcoming motion for spoliation sanctions once these depositions are complete.

September 28th 2025
Location: Monaco

                                                      Respectfully submitted,

Defendants are directed to respond to this motion by October 6, 2025, and to indicate in their response whether they have any objection to Plaintiff taking the two depositions described above after the scheduled close of discovery in this case.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

So Ordered.

10/1/2025

/s/ Matthew J. Fecteau

Matthew J. Fecteau
123 N. 7th Avenue
Mount Vernon, NY 10550
347-839-2072
matthew.fecteau@gmail.com